UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BLUE SPIKE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SOUNDHOUND, INC., <br><br> Defendant. | CASE NO. 14-cv-01649 <br><br> [PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS <br><br> *AS MODIFIED BY THE COURT* <br><br> Hon. Yvonne Gonzalez Rogers |

Plaintiff Blue Spike, LLC ("Plaintiff") and Defendant SoundHound Inc. ("Defendant") announced to the Court that they have resolved Plaintiff's claims for relief against Defendant asserted in this case and Defendant's claims, defenses, and/or counterclaims for relief against Plaintiff asserted in this case. (Dkt. No. 57.) Plaintiff and Defendant have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's claims, defenses, and/or counterclaims for relief against Plaintiff with prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring the same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendant are dismissed with prejudice and Defendant's claims, defenses, and/or counterclaims for relief against Plaintiff are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

IT IS SO ORDERED.

DATED:   March 23, 2015

_____
The Honorable Yvonne Gonzalez Rogers
United States District Judge